**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-25-0000081**
**24-OCT-2025**
**08:03 AM**
**Dkt. 35 OGMD**

NO. CAAP-25-0000081

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

WILMINGTON SAVINGS FUND SOCIETY, FSB, AS OWNER TRUSTEE
OF THE RESIDENTIAL CREDIT OPPORTUNITIES TRUST V-E,
Plaintiff-Appellee, v.
THOMAS MOSES JOHNSON III,
Defendant/Cross-claimant Plaintiff-Appellee; and
ASSOCIATION OF APARTMENT OWNERS OF KOʻOLANI, INC.,
Defendant/Cross-claim Defendant-Appellee, and
THE BANK OF NEW YORK MELLON, A NEW YORK CORPORATION, AS SUCCESSOR
TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR THE
CERTIFICATEHOLDERS OF CWHEQ REVOLVING HOME EQUITY LOAN TRUST,
SERIES 2006-F; MICHAEL HIROSHI NEKOBA; DARYLE SACHIYE HIRANO
NEKOBA; FIRST HAWAIIAN BANK; OLD REPUBLIC NATIONAL TITLE
INSURANCE COMPANY, Defendants-Appellees, and
JOHN DOES 1-5; JANE DOES 1-5; DOE PARTNERSHIPS 1-5; DOE
CORPORATIONS 1-5; DOE ENTITIES 1-5; and
DOE GOVERNMENTAL UNITS 1-5 Defendants.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 1CCV-19-0002277)

ORDER GRANTING MOTION TO DISMISS APPEAL
(By: Hiraoka, Presiding Judge, McCullen and Guidry JJ.)

Upon consideration of Defendant/Crossclaim
Defendant-Appellant Association of Apartment Owners of Koʻolani,
Inc.'s September 26, 2025 Motion to Dismiss Appeal with
Prejudice, the papers in support, the record, and there being no
opposition,

IT IS HEREBY ORDERED that the motion is granted and the
appeal is dismissed with prejudice, under Hawaiʻi Rules of

Appellate Procedure Rule 42(b). The parties shall bear their own fees and costs on appeal.

DATED:  Honolulu, Hawaiʻi, October 24, 2025.

/s/ Keith K. Hiraoka
Presiding Judge

/s/ Sonja M.P. McCullen
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge